AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

FILED
MAR 1 9 2015

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-15-0406-M |
| Hernandez, Shannon Eli | ) |
| YOB: 1978 | ) |
| POB: USA | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/18/2015  in the county of Hidalgo  in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 194.5 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On March 18, 2015, at approximately 7:30p.m, United States Border Patrol Agent Romeo Flores responded to suspicious activity in the La Joya, Texas area. While en-route, Agent Flores observed a GMC Sierra pick-up truck coming north from a private ranch south of Military Highway. Agent Flores observed the driver, later identified as Shannon Eli Hernandez, exit the GMC Sierra pick-up, open the gate and exit the property. As Hernandez started driving north away from the property gate, Flores approached the GMC Sierra pick-up and observed bundles in the bed of the pick-up and inside the cab. (Continued on Attachment I)

☑ Continued on the attached sheet.

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: March 19, 2015 8:37am

City and state: McAllen, Texas

*Complainant's signature*

Aida Gonzalez, DEA Special Agent
*Printed name and title*

*Judge's signature*

Peter Ormsby, Magistrate Judge
*Printed name and title*

Attachment I

Shannon Hernandez surrendered without incident and Agent Flores placed him under arrest. Hernandez, the marijuana and the GMC Sierra pick-up were transported to the McAllen, Texas, Border Patrol Station where further processing revealed thirty-seven (37) bundles of marijuana weighing approximately 194.5 kilograms.

On this same date, DEA Special Agent Aida Gonzalez and TFO Ralph Garcia responded to the McAllen, TX USBP Station to interview Hernandez. During the interview, Hernandez stated that he went to his uncle's property to fish at the Rio Grande River, which is located behind the property. Hernandez stated while fishing, approximately twelve armed subjects with guns approached him and ordered him to transport bundles of marijuana from his location to another. Hernandez stated that at that time he received a call from a subject he was already familiar with, but only knows as "Pelon". According to Hernandez, Pelon told him that the (12) subjects were not going to hurt him and to just deliver the marijuana to him (Pelon). Hernandez further stated that Pelon offered to pay him for the transportation of the marijuana, but Hernandez was not interested in getting paid. Hernandez stated he agreed to transport the marijuana for fear of getting killed.